UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO MACIAS, | No. SACV 10-874-PSG (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

Pursuant to the Order DISMISSING CASE,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 6, 2013  _____
PHILIP S. GUTIERREZ
United States District Judge